UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MICHAEL S. REYNOLDS, JR.,

            Plaintiff,

      v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA, a foreign
insurer,

            Defendant.

NO. CV-07-116-EFS

**ORDER OF DISMISSAL**

By Stipulation filed October 3, 2007, (Ct. Rec. 21), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED:**

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

2. Plaintiff's Motion for Trial on the Record **(Ct. Rec. 12)** is **DENIED** as moot.

3. All pending trial and hearing dates are stricken; and

4. This file shall be closed.

ORDER * 1

1    **IT IS SO ORDERED.** The District Court Executive is directed to enter

2  this Order and distribute copies to counsel.

3

4    **DATED** this _10th_____ day of October, 2007.

5

6                    S/ Edward F. Shea
                       EDWARD F. SHEA
7              United States District Judge

8  Q:\Civil\2007\116.Stip. Dismissal.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER * 2